UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

VICTOR GEORGE HANSON, *et al.*,

    Plaintiffs,

v.

STEPPING STONE STAFFING LLC, *et al.*,

    Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, VICTOR GEORGE HANSON, ALCE LYNNS, VASHTI MARIE BOYNES, JIMMEIAL LEANN FINKLIN, LATOYA REENE CARROLL, DARRYL KARL CUNNINGHAM, JR., PATRICIA THERESE HERCULES, KAYLA ALEXIS HERCULES, FREDRICK LAMONT NELSON BRYANT, JR., NICOLE ODESSA SMITH, and FREDREYAUNNA LITRIS TIANNA BRYANT bring this action against Defendants, STEPPING STONE STAFFING LLC, AYO A. STONE, and ALEXANDER T. STONE, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiff VICTOR GEORGE HANSON engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA including but not limited to interstate communication with Defendants.

4. Plaintiffs performed work in Broward County, Florida.

5. At all times material hereto, Defendant, STEPPING STONE STAFFING LLC, was a foreign profit corporation engaged in business in South Florida, engaged in commerce in the field of security guard services, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

6. Defendant, AYO A. STONE, is a resident of Georgia and was, and now is, a manager of Defendant, STEPPING STONE STAFFING LLC, controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of STEPPING STONE STAFFING LLC. Accordingly, AYO A. STONE was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

7. Defendant, ALEXANDER T. STONE, is a resident of a Georgia and was, and now is, a manager of Defendant, STEPPING STONE STAFFING LLC, controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of STEPPING STONE STAFFING LLC. Accordingly, ALEXANDER T. STONE was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

8. Two or more of Defendants' employees handled tools, supplies, and equipment manufactured outside Florida in furtherance of their business, including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

9. Plaintiff VICTOR GEORGE HANSON worked for Defendants as a assistant director.

10. Plaintiff ALCE LYNNS worked for Defendants as a supervisor.

11. Plaintiff VASHTI MARIE Boynes worked for Defendants as a security guard.

12. Plaintiff JIMMEIAL LEANN FINKLIN worked for Defendants as a security guard.

13. Plaintiff LATOYA REENE CARROLL worked for Defendants as a security guard.

14. Plaintiff DARRYL KARL CUNNINGHAM, JR. worked for Defendants as a security guard.

15. Plaintiff PATRICIA THERESE HERCULES worked for Defendants as a security guard.

16. Plaintiff KAYLA ALEXIS HERCULES worked for Defendants as a security guard.

17. Plaintiff FREDRICK LAMONT NELSON BRYANT, JR. worked for Defendants as a security guard.

18. Plaintiff NICOLE ODESSA SMITH worked for Defendants as a security guard.

19. Plaintiff FREDREYAUNNA LITRIS TIANNA BRYANT worked for Defendants as a security guard.

20. Defendants failed to pay Plaintiffs VICTOR GEORGE HANSON, ALCE LYNNS, VASHTI MARIE BOYNES, JIMMEIAL LEANN FINKLIN, LATOYA REENE CARROLL, DARRYL KARL CUNNINGHAM, JR., PATRICIA THERESE HERCULES, KAYLA ALEXIS HERCULES, FREDRICK LAMONT NELSON BRYANT, JR., NICOLE ODESSA SMITH, and FREDREYAUNNA LITRIS TIANNA BRYANT their full and proper minimum wages.

21. Defendants failed to pay Plaintiffs VICTOR GEORGE HANSON, ALCE LYNNS, VASHTI MARIE BOYNES, JIMMEIAL LEANN FINKLIN, LATOYA REENE CARROLL, DARRYL KARL CUNNINGHAM, JR., PATRICIA THERESE HERCULES, and KAYLA ALEXIS HERCULES their full and proper overtime wages of 1.5 times the applicable hourly rates for hours worked over 40 per week.

22. Attached as Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, Exhibit H, Exhibit I, Exhibit J, and Exhibit K are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

23. Defendants have knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

24. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

25. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

26. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-25 above as if set forth herein in full.

27. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) unpaid minimum wages;[1] (ii) time-and-a-half overtime pay,[2] and (iii) liquidated damages pursuant[3] to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

28. Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

---

[1] As to Plaintiffs VICTOR GEORGE HANSON, ALCE LYNNS, VASHTI MARIE BOYNES, JIMMEIAL LEANN FINKLIN, LATOYA REENE CARROLL, DARRYL KARL CUNNINGHAM, JR., PATRICIA THERESE HERCULES, KAYLA ALEXIS HERCULES, FREDRICK LAMONT NELSON BRYANT, JR., NICOLE ODESSA SMITH, and FREDREYAUNNA LITRIS TIANNA BRYANT.

[2] As to Plaintiffs VICTOR GEORGE HANSON, ALCE LYNNS, VASHTI MARIE BOYNES, JIMMEIAL LEANN FINKLIN, LATOYA REENE CARROLL, DARRYL KARL CUNNINGHAM, JR., PATRICIA THERESE HERCULES, and KAYLA ALEXIS HERCULES.

[3] As to Plaintiffs VICTOR GEORGE HANSON, ALCE LYNNS, VASHTI MARIE BOYNES, JIMMEIAL LEANN FINKLIN, LATOYA REENE CARROLL, DARRYL KARL CUNNINGHAM, JR., PATRICIA THERESE HERCULES, KAYLA ALEXIS HERCULES, FREDRICK LAMONT NELSON BRYANT, JR., NICOLE ODESSA SMITH, and FREDREYAUNNA LITRIS TIANNA BRYANT.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

*/s/ Elliot A. Kozolchyk*
_____
Elliot Kozolchyk, Esq.
Bar No.: 74791